IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MAUREEN ANITA FLANDERS ) **Debtor(s)** ) ) CREDIT ACCEPTANCE CORPORATION ) **Moving Party** ) ) v. ) ) MAUREEN ANITA FLANDERS ) **Respondent(s)** ) ) WILLIAM C. MILLER ) **Trustee** ) ) ) ) | CHAPTER 13 CASE NO. 19-15621 (ELF) 11 U.S.C. 362 |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's *in rem* rights in the personal property described as a **2017 Kia Sportage** bearing vehicle identification number KNDPM3AC8H7039628 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 3/9/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**