**Fill in this information to identify the case:**

Debtor 1: Maureen Anita Flanders

Debtor 2: _____
   (Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Pennsylvania
                                                                 (State)

Case number: 19-15621-elf

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Midwest Loan Services as servicer for American Heritage FCU     **Court Claim No.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX2637

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☐ No
☒ Yes.  Date of last notice: April 14, 2021

## Part 1:   Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | 06/16/2021, 07/16/2021, 08/16/2021, 09/16/2021, 10/16/2021 | (1) | $114.60 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $0.00 |
| 11. | Notice of Default | 08/24/2021 | (11) | $100.00 |
| 11. | Other. Specify: | | (11) | $0.00 |
| 12. | Other. Specify: | | (12) | $0.00 |
| 13. | Other. Specify: | | (13) | $0.00 |
| 14. | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

x  */s/ Christopher A. DeNardo*               Date: 12/13/2021
   Signature

**Print:**  Christopher A. DeNardo 78447           Title  Attorney
           Kristen D. Little 79992
           First Name    Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
           Number         Street

           King of Prussia, PA 19406
           City                    State    ZIP Code

Contact phone  (610) 278-6800                  Email  logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maureen Anita Flanders<br>    Debtor,<br><br>Midwest Loan Services as servicer for American Heritage FCU<br>    Movant.<br>v.<br><br>Maureen Anita Flanders<br>    Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-15621-elf<br><br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

    I, <u>Christopher A. DeNardo</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Midwest Loan Services as servicer for American Heritage FCU's Notice of Postpetition Mortgage Fees, Expenses, and Charges by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>13th</u> day of <u>    </u>December, 2021:

Maureen Anita Flanders
6312 Glenloch Street
Philadelphia, PA 19135

Brad J. Sadek, Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com - VIA ECF

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com